1  John P. Aldrich, Esq. (SBN #6877)
   ALDRICH LAW FIRM, LTD.
2  1601 S. Rainbow Blvd., Suite 160
3  Las Vegas, Nevada 89146
   Telephone: (702) 853-5490
4  Facsimile:  (702) 227-1975
   jaldrich@johnaldrichlawfirm.com
5
   SCOTT+SCOTT LLP
6  Joseph P. Guglielmo (*pro hac vice*)
7  Donald A. Broggi (*pro hac vice*)
   500 Fifth Avenue, 40th Floor
8  New York, New York 10110
   Telephone: (212) 223-6444
9  Facsimile:  (212) 223-6334
   jguglielmo@scott-scott.com
10 dbroggi@scott-scott.com
11
   *Attorneys for Plaintiffs*
12 [Additional Counsel on Signature Page.]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of Nominal Defendant Wynn Resorts, Limited,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN A. WYNN, LINDA CHEN, RUSSELL GOLDSMITH, RAY R. IRANI, ROBERT J. MILLER, JOHN A MORAN, KAZUO OKADA, MARC D. SCHORR, ALVIN V. SHOEMAKER, D. BOONE WAYSON, ELAINE P. WYNN and ALLAN ZEMAN,<br><br>Defendants,<br><br>– and –<br><br>WYNN RESORTS, LIMITED, a Nevada Corporation,<br><br>Nominal Defendant. | Case No. 2:12-cv-00509-JCM-(GWF)<br><br>CASE MANAGEMENT ORDER NUMBER 1 |

      **AND NOW**, upon consideration of the motion of Plaintiffs Louisiana Municipal Police Employees' Retirement System ("LAMPERS") and Excavators Union Local 731 Welfare Fund ("Excavators") (collectively, "Institutional Investor Plaintiffs") for the appointment of a Plaintiffs' executive committee consisting of their counsel, Scott+Scott LLP ("Scott+Scott") and Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), and counsel for Plaintiff Boilermakers Lodge No. 154 Retirement Fund ("Boilermakers"), Robbins Umeda LLP ("Robbins Umeda"), it is hereby **ORDERED** that:

      1.    In order to further the efficient management of this consolidated litigation, the law firms of Scott+Scott, Cohen Milstein and Robbins Umeda, counsel of record for Plaintiffs LAMPERS, Excavators, and Boilermakers, respectively, are appointed to serve as the Plaintiffs' Executive Committee.

      2.    Plaintiffs' Executive Committee will work cooperatively with all Plaintiffs' counsel and shall have the authority to manage the prosecution of this ligation on behalf of Plaintiffs, and are hereby vested by the Court with responsibility for:

      (a)  preparing all pleadings;

      (b)  directing and coordinating the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court;

      (c)  initiating and directing discovery;

      (d)  coordinating all communications with the defendants and the Court on behalf of Plaintiffs;

      (e)  preparing the case for trial;

      (f)  trying the case, if required;

      (g)  engaging in settlement negotiations; and

      (h)  performing such other duties as may be incidental to the proper coordination of Plaintiffs' activities or authorized by further order of the Court.

      3.    Defendants' counsel may rely upon all agreements made with Plaintiffs' Executive Committee, and such agreements shall be binding on all plaintiffs in this litigation.

4.    Plaintiffs shall file and serve a Consolidated Derivative Complaint no later than 30 days from the date of this Order. Upon filing the Consolidated Derivative Complaint Plaintiffs shall confer with Defendants to discuss a schedule for their response.

**IT IS SO ORDERED** July 5, 2012.

_____
James C. Mahan
United States District Court Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 18, 2012.

    /s/ John P. Aldrich
John P. Aldrich, Esq.
ALDRICH LAW FIRM, LTD.
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
jaldrich@johnaldrichlawfirm.com