John P. Aldrich, Esq. (SBN #6877)
ALDRICH LAW FIRM, LTD.
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile:  (702) 227-1975
jaldrich@johnaldrichlawfirm.com

SCOTT+SCOTT LLP
Joseph P. Guglielmo (*pro hac vice*)
Donald A. Broggi (*pro hac vice*)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
jguglielmo@scott-scott.com
dbroggi@scott-scott.com

*Attorneys for Plaintiffs*
[Additional Counsel on Signature Page.]

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of Nominal Defendant Wynn Resorts, Limited,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN A. WYNN, LINDA CHEN, RUSSELL GOLDSMITH, RAY R. IRANI, ROBERT J. MILLER, JOHN A MORAN, KAZUO OKADA, MARC D. SCHORR, ALVIN V. SHOEMAKER, D. BOONE WAYSON, ELAINE P. WYNN and ALLAN ZEMAN,<br><br>Defendants,<br><br>– and –<br><br>WYNN RESORTS, LIMITED, a Nevada Corporation,<br><br>Nominal Defendant. | Case No. 2:12-cv-00509-JCM-(GWF)<br><br>CASE MANAGEMENT ORDER NUMBER 1 |

1   **AND NOW**, upon consideration of the motion of Plaintiffs Louisiana Municipal Police
2   Employees' Retirement System ("LAMPERS") and Excavators Union Local 731 Welfare Fund
3   ("Excavators") (collectively, "Institutional Investor Plaintiffs") for the appointment of a Plaintiffs'
4   executive committee consisting of their counsel, Scott+Scott LLP ("Scott+Scott") and Cohen
5   Milstein Sellers & Toll PLLC ("Cohen Milstein"), and counsel for Plaintiff Boilermakers Lodge No.
6   154 Retirement Fund ("Boilermakers"), Robbins Umeda LLP ("Robbins Umeda"), it is hereby
7   **ORDERED** that:

8        1.     In order to further the efficient management of this consolidated litigation, the law
9   firms of Scott+Scott, Cohen Milstein and Robbins Umeda, counsel of record for Plaintiffs
10  LAMPERS, Excavators, and Boilermakers, respectively, are appointed to serve as the Plaintiffs'
11  Executive Committee.

12       2.     Plaintiffs' Executive Committee will work cooperatively with all Plaintiffs' counsel
13  and shall have the authority to manage the prosecution of this ligation on behalf of Plaintiffs, and are
14  hereby vested by the Court with responsibility for:

15            (a)   preparing all pleadings;
16            (b)   directing and coordinating the briefing and arguing of motions in accordance
17                  with the schedules set by the orders and rules of this Court;
18            (c)   initiating and directing discovery;
19            (d)   coordinating all communications with the defendants and the Court on behalf
20                  of Plaintiffs;
21            (e)   preparing the case for trial;
22            (f)   trying the case, if required;
23            (g)   engaging in settlement negotiations; and
24            (h)   performing such other duties as may be incidental to the proper coordination
25                  of Plaintiffs' activities or authorized by further order of the Court.

26       3.     Defendants' counsel may rely upon all agreements made with Plaintiffs'
27  Executive Committee, and such agreements shall be binding on all plaintiffs in this litigation.

28

· 1

1        4.      Plaintiffs shall file and serve a Consolidated Derivative Complaint no later than

2  30 days from the date of this Order.  Upon filing the Consolidated Derivative Complaint

3  Plaintiffs shall confer with Defendants to discuss a schedule for their response.

4

5        **IT IS SO ORDERED** July 5, 2012.

6

7                     James C. Mahan
                       United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 18, 2012.


/s/ John P. Aldrich
John P. Aldrich, Esq.
ALDRICH LAW FIRM, LTD.
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile:  (702) 227-1975
jaldrich@johnaldrichlawfirm.com