# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STEPHEN A. WYNN, et al.,<br><br>　　　　　Defendants. | 2:12-CV-509 JCM (GWF) |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the court's order granting defendant's motion to dismiss pursuant to Local Rule 7-2 (doc. #110) be, and the same hereby is, VACATED. The court's order granting the parties' stipulation regarding scheduling (doc. # 98) continues to govern relevant filing deadlines in this case.

IT IS FURTHER ORDERED that the clerk of the court reopen this case.

DATED October 10, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**