UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM,

        Plaintiff,

v.

STEPHEN A. WYNN, et al.,

        Defendants.

2:12-CV-509 JCM (GWF)

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the court's order granting defendant's motion to dismiss pursuant to Local Rule 7-2 (doc. #110) be, and the same hereby is, VACATED. The court's order granting the parties' stipulation regarding scheduling (doc. # 98) continues to govern relevant filing deadlines in this case.

IT IS FURTHER ORDERED that the clerk of the court reopen this case.

DATED October 10, 2012.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**