John P. Aldrich, Esq. (SBN #6877)
ALDRICH LAW FIRM, LTD.
1601 S. Rainbow Blvd., SUITE 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile:  (702) 227-1975
jaldrich@johnaldrichlawfirm.com

SCOTT+SCOTT LLP
Joseph P. Guglielmo (pro hac vice)
Donald A. Broggi (pro hac vice)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
jguglielmo@scott-scott.COM
dbroggi@scott-scott.COM

Attorneys for Plaintiffs
[Additional Counsel on Signature Page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of the Nominal Defendant Wynn Resorts, Limited,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN A. WYNN, LINDA CHEN, RUSSELL GOLDSMITH, RAY R. IRANI, ROBERT J. MILLER, JOHN A MORAN, MARC D. SCHORR, AVLIN V. SHOEMAKER, D. BOONE WAYSON, ELAINE P. WYNN, and ALLAN ZEMAN,<br><br>Defendants.<br><br>−and−<br><br>WYNN RESORTS, LIMITED, a Nevada Corporation,<br><br>Nominal Defendant. | No. 2:12-CV-00509-JCM-(GWF)<br><br>**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION TO AMEND COMPLAINT AND PROPOSED AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION TO
AMEND COMPLAINT AND PROPOSED AMENDED COMPLAINT

Plaintiffs Louisiana Municipal Police Employees' Retirement System, Boilermakers Lodge No. 154 Retirement Fund, Maryanne Solak, and Excavators Union Local 731 Welfare Fund (collectively "Plaintiffs") respectfully file this Motion for Extension of Time to File Motion to Amend Complaint and Proposed Amended Complaint.

Dated:  March 4, 2013                    Respectfully submitted,

By:   /s/ John P. Aldrich
John P. Aldrich, Esq.
ALDRICH LAW FIRM, LTD.
1601 S. Rainbow Blvd. Suite 160
Las Vegas, Nevada 89146
Telephone:  (702) 853-5490
Facsimile:  (702) 227-1975

## I.  MEMORANDUM OF POINTS AND AUTHORITIES

On August 6, 2012, Plaintiffs filed a Verified Consolidated Derivative Complaint. On September 14, 2012, Defendants filed a Motion to Dismiss. Several of the Defendants filed Joinders to the Motion to Dismiss. Plaintiffs' opposed the Motion and Joinders. On February 1, 2013, the Court issued an Order granting Defendants' Motion to Dismiss the Consolidated Derivative Complaint and directing Plaintiffs to file a Motion to Amend pursuant to Local Rule 15-1 annexing their Proposed Amended Verified Consolidated Derivative Complaint within thirty (30) days from the date of that Order. Plaintiffs' Motion to Amend pursuant to Local Rule 15-1 and Proposed Amended Verified Consolidated Derivative Complaint are currently due on March 4, 2013.

Pursuant to FRCP 6(b), a party is entitled to request an extension of a deadline. As required by Local Rule 6-1, this is the first request for extension of time to file Plaintiffs' Motion to Amend. Plaintiffs' counsel and Defendants' counsel engaged in

PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION TO
AMEND COMPLAINT AND PROPOSED AMENDED COMPLAINT

1

discussions that would allow for an extension of time, along with a proposed briefing schedule in the event the Motion to Amend is granted.

Consequently, Plaintiffs and Defendants, through their respective counsel, have agreed to (1) extend Plaintiffs' time for filing their Motion to Amend by fourteen (14) days and, in the event the Court grants Plaintiffs' Motion to Amend, (2) establish a briefing schedule for Defendants' Motions to Dismiss the Amended Verified Consolidated Derivative Complaint. The parties agreed to and submitted the proposed Stipulation and Order on March 1, 2013 [#123], but as of close of normal business hours on March 4, 2013, the Court had not yet approved and signed the Order. In order to avoid expiration of the deadline to file a Motion to Amend, Plaintiffs file the instant Motion.

## II.   CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant its Motion for Extension of Time to File Motion to Amend Complaint and Proposed Amended Complaint.

Dated:  March 4, 2013                    Respectfully submitted,

By:   /s/ John P. Aldrich
John P. Aldrich, Esq.
ALDRICH LAW FIRM, LTD.
1601 S. Rainbow Blvd. Suite 160
Las Vegas, Nevada 89146
Telephone:  (702) 853-5490
Facsimile:  (702) 227-1975

PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION TO AMEND COMPLAINT AND PROPOSED AMENDED COMPLAINT

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

/s/ John P. Aldrich
John P. Aldrich, Esq.
ALDRICH LAW FIRM, LTD.
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile:  (702) 227-1975
jaldrich@johnaldrichlawfirm.com