John P. Aldrich, Esq. (SBN #6877)
ALDRICH LAW FIRM, LTD.
1601 S. Rainbow Blvd., SUITE 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile:  (702) 227-1975
jaldrich@johnaldrichlawfirm.com

SCOTT+SCOTT LLP
Joseph P. Guglielmo (pro hac vice)
Donald A. Broggi (pro hac vice)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
jguglielmo@scott-scott.COM
dbroggi@scott-scott.COM

Attorneys for Plaintiffs
[Additional Counsel on Signature Page.]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM, Derivatively and on Behalf of Nominal Defendant Wynn Resorts, Limited,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN A. WYNN, et al.,<br><br>　　　　　　　　Defendants,<br><br>　and<br><br>WYNN RESORTS, LIMITED, a Nevada corporation,<br><br>　　　　　　　　Nominal Defendant. | Case No. 2:12-CV-509-JCM (GWF)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE MOTION TO AMEND DERIVATIVE COMPLAINT AND SET BRIEFING SCHEDULE** |

1701523.1

WHEREAS, on August 6, 2012, Plaintiffs filed a Verified Consolidated Derivative Complaint;

WHEREAS, on February 1, 2013, the Court issued an Order granting Defendants' Motion to Dismiss the Consolidated Derivative Complaint and directing Plaintiffs to file a Motion to Amend pursuant to Local Rule 15-1 annexing their Proposed Amended Verified Consolidated Derivative Complaint within thirty days from the date of that Order;

WHEREAS, Plaintiffs' Motion to Amend pursuant to Local Rule 15-1 and Proposed Amended Verified Consolidated Derivative Complaint are currently due on March 4, 2013;

WHEREAS, Plaintiffs and Defendants, through their respective counsel, have agreed to (1) extend Plaintiffs' time for filing their Motion to Amend by fourteen (14) days and, in the event the Court grants Plaintiffs' Motion to Amend, (2) establish a briefing schedule for Defendants' Motions to Dismiss the Amended Verified Consolidated Derivative Complaint;

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs and Defendants, through their undersigned counsel, subject to Court approval, as follows:

1. Plaintiffs shall file their Motion to Amend pursuant to Local Rule 15-1 and Proposed Amended Verified Consolidated Derivative Complaint no later than March 18, 2013.

2. In the event the Court grants Plaintiffs' Motion to Amend, Defendants shall have 45 days to move or answer with respect to the Amended Verified Consolidated Derivative Complaint;

3. Plaintiffs' Opposition will be filed 45 days from the filing of Defendants' Motion(s);

4. Defendants' Replies will be filed 30 days from the filing of Plaintiffs' Opposition(s); and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

1701523.1

5. Defendants reserve the right to oppose Plaintiffs' Motion to Amend.

Dated: March 1, 2013                                      Respectfully Submitted,

By: /s/ John P. Aldrich
John P. Aldrich, Bar No. 6877
ALDRICH LAW FIRM, LTD.
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada  89146

*Liaison Counsel for Plaintiffs*

and

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
Joseph P. Guglielmo
Donald A. Broggi
The Chrysler Building
405 Lexington Ave 40th Floor
New York, New York 10174

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
Anne L. Box
Walter W. Noss
John Jasnoch
707 Broadway, Suite 1000
San Diego, California 92101

COHEN MILSTEIN SELLERS & TOLL PLLC
Christopher Lometti
Richard Speirs
Daniel B. Rehns
88 Pine Street, 14th Floor
New York, New York 10005

COHEN MILSTEIN SELLERS & TOLL PLLC
Daniel S. Sommers
Elizabeth Aniskevich
1100 New York Avenue, NW, Suite 500 West
Washington, DC  20005

|   |   |
|---|---|
| 1 | ROBBINS UMEDA LLP |
| 2 | Brian J. Robbins |
|   | Felipe J. Arroyo |
| 3 | Shane P. Sanders |
|   | Gina Stassi |
| 4 | 600 B Street, Suite 1900 |
| 5 | San Diego, California  92101 |
| 6 | *Plaintiffs' Executive Committee* |
| 7 | and |
| 8 | KESSLER TOPAZ MELTZER & CHECK LLP |
|   | Robin Winchester |
| 9 | 280 King of Prussia Road |
| 10 | Radnor, Pennsylvania  19087 |
| 11 | *Counsel for Maryanne Solak* |

PISANELLI BICE PLLC


By:  /s/ Debra L. Spinelli
James J. Pisanelli, Bar No. 4027
Todd L. Bice, Bar No. 4534
Debra L. Spinelli, Bar No. 9695
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169

and

Paul K. Rowe (*pro hac vice admitted*)
Bradley R. Wilson (*pro hac vice admitted*)
Grant R. Mainland (*pro hac vice admitted*)
WACHTELL LIPTON ROSEN & KATZ
51 West 52nd Street
New York, New York  10019

and

1701523.1

Robert L. Shapiro (*pro hac vice admitted*)
GLASER WEILL FINK JACOBS HOWARD AVCHEN & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California  90067

*Attorneys for Defendants Linda Chen, Ray R. Irani, Russell Goldsmith, Robert J. Miller, John A. Moran, Marc D. Schorr, Alvin V. Shoemaker, D. Boone Wayson, and Allan Zeman*

CAMPBELL & WILLIAMS


By:   /s/ J. Colby Williams
Donald J. Campbell, Bar No. 1216
J. Colby Williams, Bar No. 5549
700 South 7th Street
Las Vegas, Nevada  89101


*Attorneys for Defendant Stephen A. Wynn*


MUNGER, TOLLES & OLSON, LLP


By:  /s/ Jeffrey Y. Wu
Ronald L. Olson (*pro hac vice admitted*)
Mark B. Helm (*pro hac vice admitted*)
Jeffrey Y. Wu (*pro hac vice admitted*)
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071

and

William R. Urga, Bar No. 1195
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, NV  89169

*Attorneys for Defendant Elaine P. Wynn*

4

1701523.1

FENNEMORE CRAIG JONES VARGAS

By: /s/ Gary Goodheart
Gary R. Goodheart, Esq., Bar No. 1203
Karl L. Nielson, Esq., Bar No. 5082
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101

*Attorneys for Nominal Defendant Wynn Resorts, Limited*

ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 5, 2013 _____

CASE NO. 2:12-cv-00509-JCM-(GWF)

5

1701523.1