# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM,

        Plaintiff,

v.

STEPHEN A. WYNN, et al.,

        Defendants.

2:12-CV-509 JCM (GWF)

**ORDER**

Presently before the court is plaintiffs Louisiana Municipal Employees' Retirement System, Excavators Union Local 731 Welfare Fund, and Maryanne Solak's motion for leave to amend verified consolidated shareholder derivative complaint. (Doc. # 126). Defendants have not responded.

Pursuant to Local Rule 7-2(d), an opposing party's failure to file a timely response to any motion constitutes the party's consent to the granting of the motion. LR 7-2. The instant motion seeks to amend plaintiffs' verified consolidated shareholder derivative complaint. In light of defendants' failure to respond, the court finds granting the motion appropriate. However, in good faith, the court also turns to the merits of the motion.

Federal Rule of Civil Procedure 15(a) provides that leave to amend "shall be freely given when justice so requires." The Supreme Court has interpreted Rule 15(a) and confirmed the liberal

**James C. Mahan**
**U.S. District Judge**

Case 2:12-cv-00509-JCM-GWF   Document 127   Filed 04/01/13   Page 2 of 2

standard district courts must apply when granting such leave. In *Foman v. Davis*, 371 U.S. 178 (1962), the Court explained: "In the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc. – the leave sought should, as the rules require, be 'freely given.'" *Id.* at 182. In addition to the Rule 15(a) requirements, the local rules of federal practice in the District of Nevada require that a plaintiff submit a proposed, amended complaint along with a motion to amend. LR 15-1(a).

The court notes that plaintiffs have complied with Local Rule 15-1 and attached the proposed amended pleading. Further, the court finds none of the illustrative examples given by the Supreme Court in *Foman* as grounds to deny leave here.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs' motion for leave to amend verified consolidated shareholder derivative complaint (doc. # 126) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiffs file the proposed amended verified consolidated shareholder derivative complaint with the court within seven (7) days of entry of this order.

DATED April 1, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -